**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MARTHA VELLONE o/b/o KENNETH
VELLONE, DEC'D

                Plaintiff,                23 **CIVIL** 1317 (AT)(SDA)

    -v-                               **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2024, Plaintiff's objection is OVERRULED and the R&R is ADOPTED in its entirety. This action is remanded for further administrative findings.

**Dated:** New York, New York
       March 20, 2024

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                 **BY:**          *K. Mango*

                                                    **Deputy Clerk**